United States Courts
Southern District of Texas
FILED

JUL 01 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **H 20 0271** |
| V. | § § | CR. NO. H-20- |
| HEIDI LIN HUBBARD | § | MAGISTRATE NO. H-20-931-MJ |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (POSSESSION OF STOLEN MAIL – 18 U.S.C. § 1708)

From on or about October 23, 2018 until on or about May 25, 2020, in the Houston Division of Southern District of Texas,

**HEIDI LIN HUBBARD,**

Defendant herein, did possess letters, checks, bank cards and other mail items, which had been stolen from the United States Mail, knowing that said items had been stolen.

In violation of Title 18, United States Code, Section 1708.

### COUNT 2
### (AGGRAVATED IDENTITY THEFT- 18 U.S.C. § 1028A)

From on or about October 23, 2018 until on or about May 25, 2020, in the Houston Division of the Southern District of Texas,

**HEIDI LIN HUBBARD,**

Defendant herein, did knowingly transfer, possess and use, without lawful authority, a means of identification of another real person, that is, the name and date of birth of victims M.A. and A.O., during and in relation to violations of Title 18, United States

Code, Section 1344 (Bank Fraud) and Title 18, United States Code, Section 1343 ( Wire Fraud).

In violation of Title 18, United States Code, Section 1028A.

TRUE BILL:

<u>     Original signature on File</u>
FOREPERSON OF THE GRAND JURY


_____
JAY HILEMAN
Assistant United States Attorney